UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUSTEAD SECURITIES, LLC,

                Plaintiff,

-v-

G MEDICAL INNOVATIONS HOLDINGS LTD and
G MEDICAL INNOVATIONS USA INC.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 4618 (MKV) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 46 is GRANTED, and the Telephone Conference scheduled for November 15, 2022 at 10:00 am on the Court's conference line is ADJOURNED to **Thursday, November 17, 2022 at 12:15 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 46.

Dated:      New York, New York
               November 14, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge